JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINE PETROSYAN, | Case No. 2:25-cv-04938-CBM-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ASTON MARTIN LAGONDA OF NORTH AMERICA INC., | |
| Defendant. | |

Consistent with the Court's Order re: Defendant's Motion for Summary Judgment, judgment is entered in favor of Defendant Aston Martin Lagonda of North America Inc. and against Plaintiff Marine Petrosyan.

DATED: 7/7 , 2026.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1